UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:01-CR-162-KJD-LRL |
| Plaintiff, | |
| vs. | |
| OUTHORN SAYAVONG, | |
| Defendant. | |

FILED / ENTERED
DEC 15 2016
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#20) on October 10, 2001. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

| Payee | Amount |
|---|---|
| WELLS FARGO BANK (formerly First Interstate Bank of Arizona) | 14,435.61 |
| WELLS FARGO BANK (formerly Wachovia formerly First Union Bank of Virginia) | 8,909.28 |
| WELLS FARGO BANK (formerly First National Bank - Farmington) | 10,103.92 |
| WELLS FARGO BANK (formerly Norwest Bank of New Mexico) | 940.56 |
| WESTERN COMMERCE BANK | 3,581.80 |
| BANK OF NEW MEXICO | 1,910.50 |
| BANK ONE FINANCIAL AZ | 27,339.74 |
| REGIONS BANK CORPORATE SECURITY (formerly First Alabama Bank) | 11,959.95 |
| CRESTAR BANK | 4,475.46 |
| NATIONS BANK (formerly Sunwest Bank) | 20.25 |
| BANK OF AMERICA - ARIZONA | 22,805.88 |
| BANK OF AMERICA - NEW MEXICO | 11,530.29 |

| | |
|---|---|
| BANK OF AMERICA - (formerly Nations Bank formerly Sunwest Bank) | 32,492.26 |
| BANK OF THE WEST (formerly First Security Bank of New Mexico) | 16,800.34 |
| WESTERN BANK | 3,457.45 |

**Total Amount of Restitution ordered:** $170,763.29

Dated this ____14th____ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE